**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

**The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | **Richard**<br>First name<br>**Javier**<br>Middle name<br>**Manjarres**<br>Last name and Suffix (Sr., Jr., II, III) | **Magali**<br>First name<br>**Rossmery**<br>Middle name<br>**Manjarres**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Ricardo Javier Manjarres**<br>**Ricardo Manjarres**<br>**Richard Manjarres** | **Rosemary M. Manjarres**<br>**Magali Manjarres** |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | **xxx-xx-0438** | **xxx-xx-4841** |

Debtor 1 **Richard Javier Manjarres**
Debtor 2 **Magali Rossmery Manjarres**

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br>**DBA Fine Roses Wholesale**<br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br>**DBA Valley Flowers**<br>**DBA Valley Florist**<br>Business name(s)<br><br>EINs |
| **5. Where you live** | **725 San Ramon Dr.**<br>**Fullerton, CA 92835**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 **Richard Javier Manjarres**
Debtor 2 **Magali Rossmery Manjarres**

Case number *(if known)*

**Part 2: Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

Debtor ______ Relationship to you ______
District ______ When ______ Case number, if known ______
Debtor ______ Relationship to you ______
District ______ When ______ Case number, if known ______

**11. Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 **Richard Javier Manjarres**
Debtor 2 **Magali Rossmery Manjarres**
Case number *(if known)*

**Part 3: Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

■ Yes. Name and location of business

**See Attachment**
Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

**Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1 **Richard Javier Manjarres**
Debtor 2 **Magali Rossmery Manjarres**
Case number *(if known)*

**Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Richard Javier Manjarres**
Debtor 2 **Magali Rossmery Manjarres** Case number *(if known)*

**Part 6: Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Part 7: Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Richard Javier Manjarres**
**Richard Javier Manjarres**
Signature of Debtor 1

Executed on **September 27, 2019**
MM / DD / YYYY

**/s/ Magali Rossmery Manjarres**
**Magali Rossmery Manjarres**
Signature of Debtor 2

Executed on **September 27, 2019**
MM / DD / YYYY

Debtor 1 **Richard Javier Manjarres**
Debtor 2 **Magali Rossmery Manjarres** Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Giovanni Orantes** Date **September 27, 2019**
Signature of Attorney for Debtor MM / DD / YYYY

**Giovanni Orantes 190060**
Printed name

**The Orantes Law Firm, A.P.C**
Firm name

**3435 Wilshire Blvd., Suite 2920**
**Los Angeles, CA 90010**
Number, Street, City, State & ZIP Code

Contact phone **(888) 619-8222** Email address **go@gobklaw.com**

**190060 CA**
Bar number & State

Debtor 1 **Richard Javier Manjarres**
Debtor 2 **Magali Rossmery Manjarres**
Case number *(if known)*

**Fill in this information to identify your case:**

Debtor 1 **Richard Javier Manjarres**
First Name Middle Name Last Name

Debtor 2 **Magali Rossmery Manjarres**
(Spouse If, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an amended filing

## FORM 101. VOLUNTARY PETITION ATTACHMENT

### Additional Sole Proprietorship(s)

**Rosemary M. Manjarres**
Name of business, if any

**Dba Valley Flowers**
**14515 Valley View Ave., Suite R**
**Santa Fe Springs, CA 90670**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

■ None of the above

---

**Ricardo J. Manjarres**
Name of business, if any

**Dba Fine Roses Wholesales**
**14515 Valley View Ave., Suite R**
**Santa Fe Springs, CA 90670**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

■ None of the above

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
**Giovanni Orantes 190060**
**3435 Wilshire Blvd., Suite 2920**
**Los Angeles, CA 90010**
**(888) 619-8222 Fax: (877) 789-5776**
California State Bar Number: **190060 CA**
**go@gobklaw.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Richard Javier Manjarres**
**Magali Rossmery Manjarres**

Debtor(s).

CASE NO.:

CHAPTER: **7**

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 13 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **September 27, 2019**

**/s/ Richard Javier Manjarres**
Signature of Debtor 1

Date: **September 27, 2019**

**/s/ Magali Rossmery Manjarres**
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **September 27, 2019**

**/s/ Giovanni Orantes**
Signature of Attorney for Debtor (if applicable)

Richard Javier Manjarres
725 San Ramon Dr.
Fullerton, CA 92835

Magali Rossmery Manjarres
725 San Ramon Dr.
Fullerton, CA 92835

Giovanni Orantes
The Orantes Law Firm, A.P.C
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010

Aat Capital
Attn: President or Corp. Officer
14900 Ventura Blvd.
Sherman Oaks, CA 91403

Ada Hernandez
Dba Royal Flowers
1510 E. Edinger Ave. #A
Santa Ana, CA 92705

Amex
Attn: President or Corp. Officer
Po Box 981540
El Paso, TX 79998

Amex
Attn: President or Corp. Officer
Po Box 297871
Fort Lauderdale, FL 33329

B and H Flowers, Inc.
Attn: President or Corp. Officer
Po Box 1389
Kenner, LA 70063

Bank of America
C/o LTD Financial Service
Attn: President or Corp. Officer
7322 S.W. Freeway, Suite 1600
Houston, TX 77074

Bloomnet
C/o Law Offices of Rose Gelfand
1265 Minhinnete Dr.
Roswell, GA 30075

Cabinets Flooring and Granite
Attn: President or Corp. Officer
15059 Imperial Hwy.
La Mirada, CA 90638

California Dept of Tax & Fee Admin
Account Information Group, MIC:29
PO Box 942879
Sacramento, CA 94279-0029

California Flowers
Attn: President or Corp. Officer
7348 Bolsa Ave.
Westminster, CA 92683

Capital One Bank (USA), N.A.
Attn: President or Corp. Officer
Po Box 30285
Salt Lake City, UT 84130

Capital One Bank (USA), N.A.
Attn: President or Corp. Officer
15000 Capital One Dr.
Henrico, VA 23238

Care Ambulance Service, Inc.
C/o CMRE Financial Services
Attn: President or Corp. Officer
3075 E. Imperial Hwy., Suite 200
Brea, CA 92821

Care Financial Service, Inc.
Attn: President or Corp. Officer
3075 E. Imperial Hwy., Suite 200
Brea, CA 92821

Casa Blanca Wholesale Flowers
Attn: President or Corp. Officer
Po Box 1575
Temple City, CA 91780

Casa Blanca Wholesale Flowers
Attn: President or Corp. Officer
778 Wall Street
Los Angeles, CA 90014

CBE Group
Attn: President or Corp. Officer
Po Box 2695
Waterloo, IA 50704-2695

CBE Group
Attn: President or Corp. Officer
4140 Kimball Ave.
Waterloo, IA 50701

Citibank, N.A.
Attn: President or Corp. Officer
Po Box 790034
St Louis, MO 63179

Citibank, N.A.
C/o Midland Credit Management
8875 Aero Dr., Suite 200
San Diego, CA 92123

Citibank, N.A.
Attn: President or Corp. Officer
Po Box 6241
Sioux Falls, SD 57117

City of Santa Fe Springs
C/o CMRE Financial Services
Attn: President or Corp. Officer
3075 E. Imperial Hwy., Suite 200
Brea, CA 92821

CMRE Financial Service
Attn: President or Corp. Officer
3075 E. Imperial Hwy. #200
Brea, CA 92821

Credit One Bank, N.A.
Attn: President or Corp. Officer
Po Box 98873
Las Vegas, NV 89193

Credit One Bank, N.A.
C/o LVNV Funding/Resurgent Capital
Attn: President or Corp. Officer
Po Box 10497
Greenville, SC 29603

Credit One Bank, N.A.
Attn: President or Corp. Officer
Po Box 98872
Las Vegas, NV 89193

DirecTV
C/o Credence Resource Management
Attn: President or Corp. Officer
17000 Dallas Parkway, Suite 204
Dallas, TX 75248

DirecTV
C/o Credence Resource Management
Attn: President or Corp. Officer
Po Box 2300
Southgate, MI 48195

Ecuaroses CA
Attn: President or Corp. Officer
9500 S. Dadeland Blvd., Suite 702
Miami, FL 33156

Employment Development Department
Bankruptcy Group MIC 92E
Po Box 826880
Sacramento, CA 94280-0001

Equifax
Po Box 740241
Atlanta, GA 30374

Experian
475 Anton Blvd.
Costa Mesa, CA 92626

Farmers Insurance Group
Attn: President or Corp. Officer
6301 Owensmouth Ave.
Woodland Hills, CA 91367

Farmers Insurance Group
C/o Levington Law Firm
Attn: President or Corp. Officer
3 Gold Center, Suite 361
Hoffman Estates, IL 60169

Fast Auto Loans, Inc.
Attn: President or Corp. Officer
14210 Imperial Hwy.
La Mirada, CA 90638

Fidelity Finance
Attn: President or Corp. Officer
1501 Ventura Blvd.
Encino, CA 91436

FlorExpo
Attn: President or Corp. Officer
1960 Kallogg Ave.
Carlsbad, CA 92008

Flower Buyer
Attn: President or Corp. Officer
1201 Sussex Turnpike
Randolph, NJ 07869

Ford Motor Credit Company, LLC
C/o Reese Law Group APLC
3168 Lionshead Ave.
Carlsbad, CA 92010

Franchise Tax Board
Bankruptcy Section, MS: A-340
Po Box 2952
Sacramento, CA 95812-2952

Fresh Flower
Attn: President or Corp. Officer
12013 Clark St.
Santa Fe Springs, CA 90670

Growers Direct
Attn: President or Corp. Officer
825 S. San Pedro St., Unit 102
Los Angeles, CA 90014

Holland Flower Market
Attn: President or Corp. Officer
755 Wall St. #7G
Los Angeles, CA 90014

HSBC Card Services
Attn: President or Corp. Officer
Po Box 60175
City of Industry, CA 91715

HSBC Card Services
Attn: President or Corp. Officer
Po Box 60102□□
City of Industry, CA 91716

Integrity Payment Systems
C/o American Financial Management
Attn: President or Corp. Officer
8755 W Higgins Rd., Ste. 61
Chicago, IL 60631

Integrity Payment Systems
C/o American Financial Management
Attn: President or Corp. Officer
8755 W Higgins Rd., Ste. 690
Chicago, IL 60631

Integrity Payment Systems
C/o Richard Avis & Associates
Attn: President or Corp. Officer
Po Box 1008
Arlington Heights, IL 60006

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Po Box 9941
Stop 6552
Ogden, UT 84409-0941

Jose Arroyo
14331 Aranza Dr.
La Mirada, CA 90638

Knight of Columbus
Attn: President or Corp. Officer
Po Box 1492
New Haven, CT 06506-1492

La Floresta Crops de Guatemala
Dba Mayacrops
C/o Law Offices of John Fu
1505 N. San Fernando Blvd., A
Burbank, CA 91504

La Palma Intercommunity Hospital
Attn: President or Corp. Officer
3033 West Orange
Anaheim, CA 92804

La Palma Intercommunity Hospital
C/o CMRE Financial Service
Attn: President or Corp. Officer
3075 E. Imperial Hwy. #200
Brea, CA 92821

Law Offices of Michael Weisberg
16 Main St., Suite A
San Andreas, CA 95249

Law Offices of Michael Weisberg
Po Box 665
San Andreas, CA 95249

LexisNexis Consumer Center
Attn: President or Corp. Officer
PO Box 105108
Atlanta, GA 30348

Loan Builder
C/o Swift Financial, LLC
Attn: President or Corp. Officer
3505 Silverside Rd.
Wilmington, DE 19810

Los Angeles County Tax Collector
Bankruptcy Unit
Po Box 54110
Los Angeles, CA 90054-0110

Los Angeles County Tax Collector
225 N. Hill St., Room 122
Los Angeles, CA 90012

Mayesh Wholesale Flowers, Inc.
Attn: President or Corp. Officer
5401 West 104 St.
Los Angeles, CA 90045

Midland Credit Management
Attn: President or Corp. Officer
6875 Aero Dr., Suite 200
San Diego, CA 92123

Midland Funding, LLC
C/o HUNT & HENRIQUES
151 Bernal Rd., #8
San Jose, CA 95119

Moonlight Flowers
C/o Financial Holding Corp.
Attn: President or Corp. Officer
261 Davis Ave. 2nd Floor
Kearny, NJ 07032-3417

Myriad Flowers International
Attn: President or Corp. Officer
4601 Foothill Rd.
Carpinteria, CA 93013

NCC
Attn: President or Corp. Officer
14 Orchard Rd., Suite 200
Lake Forest, CA 92630

Network Equity Plus
C/o CitiFinancial, Inc.
Attn: President or Corp. Officer
Po Box 209
Buffalo, NY 14226

Network Equity Plus
C/o CitiFinancial, Inc.
Attn: President or Corp. Officer
6341 Inducon Drive East
Sanborn, NY 14132

Network Equity Plus
C/o ACI
Attn: President or Corp. Officer
2420 Sweet Home Rd., Suite 150
Buffalo, NY 14228

Ocwen Loan Servicing
Attn: President or Corp. Officer
1661 Worthington Rd., Ste. 100
West Palm Beach, FL 33409

Ocwen Loan Servicing
Attn: President or Corp. Officer
1 Mortgage Way
Mount Laurel, NJ 08054

Ocwen Loan Servicing, LLC
Attn: President or Corp. Officer
1661 Worthington Rd., Suite 100
West Palm Beach, FL 33409

Orange County Tax Collector
12 Civic Center Plz. #G58
Anaheim, CA 92807-4087

Pacifica Flowers, Inc.
Attn: President or Corp. Officer
Po Box 232488
Encinitas, CA 92024

Pacifica Flowers, Inc.
Attn: President or Corp. Officer
514 La Costa Ave.
Encinitas, CA 92024

Paychex
C/o Corporate Collection Services
Attn: President or Corp. Officer
Po Box 4482
Carol Stream, IL 60197-4482

Paychex
Attn: President or Corp. Officer
911 Panorama Trail South
Rochester, NY 14625

PHH Mortgage Services
Attn: President or Corp. Officer
Po Box 66002
Lawrence Township, NJ 08648

PHH Mortgage Services
Attn: President or Corp. Officer
Po Box 5452
Mount Laurel, NJ 08054-5452

Profile Flowers, Inc.
C/o Law Offices of Gary A. Bemis
3870 La Sierra Ave., Suite 239
Riverside, CA 92505

Real Time Resolutions
Attn: President or Corp. Officer
Po Box 36655
Dallas, TX 75235

Real Time Resolutions
Attn: President or Corp. Officer
1525 S. Beltline
Coppell, TX 75019

San Bernardino County Sheriff's
Sheriff's Court Services
157 W. 5th St., 3rd Floor
San Bernardino, CA 92415

Santander Consumer USA
Attn: President or Corp. Officer
10-64-38-Fd7
601 Penn St.
Reading, PA 19601

Santander Consumer USA
Attn: President or Corp. Officer
Po Box 961245
Reading, PA 19601

Segundo Emiliano
Toapanta
Roseli Farms
Laigua Latacunga
Ecuador

Sun Valley Group, Inc.
Attn: President or Corp. Officer
3160 Upper Bay Rd.
Arcata, CA 95521

Synchrony Bank/Lowes
Attn: President or Corp. Officer
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Lowes
Attn: President or Corp. Officer
Po Box 965005
Orlando, FL 32896

The Home Depot
Attn: President or Corp. Officer
Po Box 2695
Waterloo, IA 50704

TransUnion
Po Box 1000
Chester, PA 19022

UCI Medical
C/o Medicredit
Attn: President or Corp. Officer
1801 California Ave.
Corona, CA 92881

United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

United States Department of Justice
Ben Franklin Station
Po Box 683
Washington, DC 20044

Washington Mutual/Chase
Attn: President or Corp. Officer
7301 N Lincoln Ave., Suite 200
Lincolnwood, IL 60712

Wells Fargo Bank
C/o NCB Management
Attn: President or Corp. Officer
Po Box 1099
Langhorne, PA 19047

Wells Fargo Bank
Attn. President or Corp. Officer
420 Montgomery Street
San Francisco, CA 94104

West Flower Growers
Attn: President or Corp. Officer
3623 Etting Rd.
Oxnard, CA 93033